FILED

08/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0557

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0557

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

   v.                                 O R D E R

RAYMOND CLARK SMITH, JR.,

      Defendant and Appellant.

_____

Upon consideration of counsel for Appellant's motion to withdraw as counsel of record, and good cause appearing,

IT IS HEREBY ORDERED that Appellant in this matter shall file a response to this motion within sixty (60) days of the date of this Order. The response must be served upon all counsel of record, including the Attorney General, the County Attorney, and the Appellate Defender Division.

IT IS FURTHER ORDERED that counsel shall provide Appellant with the relevant record and transcripts on appeal.

The Clerk is directed to give notice of this Order to all counsel of record and to the Appellant at his last known address.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 27 2020

ORDER